# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00319-CR

**Jonathan Fillmore, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2019-368, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jonathan Fillmore has filed two notices of appeal, and each appeal has been assigned a separate appellate cause number in this Court. In each cause, appellant seeks to appeal from three judgments of conviction signed by the district court on August 12, 2022. Appellant has now filed an unopposed motion requesting that we consolidate the records and dismiss one of the appeals. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Justices Baker, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: March 3, 2023

Do Not Publish